IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**EARL NATHANIEL COMBS, JR.,**

    Petitioner,

v.                                                                                   Civil Action No. **3:13CV521**

**UNKNOWN,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on October 9, 2013, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Petitioner that the failure to comply with the terms of the October 9, 2013 Memorandum Order would result in the dismissal of the action. More than fifteen (15) days have elapsed and Petitioner has not completed and returned the § 2254 form. Accordingly, the action is DISMISSED WITHOUT PREJUDICE. A certificate of appealability is DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 4/1/14
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge